IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:24-CR-213 |
| | § | Judge Mazzant |
| CHRISTOPHER CARRINGTON (1) | § | |
| JONATHAN PAUL DURNEN (2) | § | |
| BAILEY JAMES SWANSON (3) | § | |

**GOVERNMENT'S RESPONSE TO DEFENDANT's MOTION TO DISMISS, OR, IN THE ALTERNATIVE, A BILL OF PARTICULARS**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States of America by and through its undersigned Assistant United States Attorney in and for the Eastern District of Texas and respectfully requests the Court to deny Defendant's Motion to Dismiss Or, In the Alternative, a Bill of Particulars (hereinafter "Motion to Dismiss"). In support of this request, the United States would show the Court the following:

I.

The Government was Ordered to respond to the Defendant's Motion to Dismiss by 5 p.m. January 23, 2026.

II.

The Government presented a First Superseding Indictment in this case to the United States Grand Jury on January 14th, 2026. The new Superseding Indictment

1

directly addresses the issues raised by the Defendant's Motion to Dismiss. Specifically, it provides the defendants with more detail and notice of the charges against them and the underlying facts and laws the government intends to rely on at trial. Accordingly, Defendant's Motion to Dismiss and the issues raised therein have been rendered moot.

III.

Accordingly, for the reasons given, the United States respectfully requests that the Court deny Defendant's Motion to Dismiss Or, In the Alternative, a Bill of Particulars.

Respectfully submitted,

JAY R. COMBS
UNITED STATES ATTORNEY

 /s/ *Matthew Johnson*
Matthew T. Johnson
Assistant United States Attorney
600 East Taylor, Suite 2000
Sherman, Texas 75090
Texas Bar No. 24060033
Telephone: 903/868-9454
Facsimile: 903/892-2792
Matthew.Johnson2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was electronically filed on this 22nd day of January 2026, and defense counsel was notified by electronic notification.

 */s/ Matthew Johnson*
MATTHEW T. JOHNSON