IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION



FILED
MAY 1 4 2026
Clerk, U.S. District Court
Texas Eastern

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 4:24-CR-213 |
| | § | Judge Mazzant |
| CHRISTOPHER CARRINGTON (1) | § | |
| JONATHAN PAUL DURNEN (2) | § | |
| BAILEY JAMES SWANSON (3) | § | |

## SECOND SUPERSEDING INDICTMENT

The United States Grand Jury Charges:

## A. INTRODUCTION

At all times material to this Second Superseding Indictment:

1.      18 U.S.C. § 922(a)(6) makes it a crime for anyone to make a false or fictitious oral or written statement to a licensed firearms dealer in order to acquire a firearm. A statement is "false or fictitious" if it was untrue when made and was then known to be untrue by the person making it. A false statement is "likely to deceive" if the nature of the statement, considering all of the surrounding circumstances at the time it is made, is such that a reasonable person of ordinary prudence would have been actively deceived or misled.

2.      Federal Firearms Licensees (FFL) are dealers of firearms who sell firearms as part of their livelihood. FFLs are required by federal law to maintain records relating to the sale of firearms to consumers. The principal purpose of requiring licensed firearms dealers to obtain such information from purchasers is to assist law enforcement activities. One of the records required to be kept by FFLs is the Bureau of Alcohol, Tobacco, Firearms

and Explosives Form 4473 (Form 4473). JPC Ballistics LLC, operating as JPC Ballistics was a FFL owned and operated by defendant JOHN PAUL DURNEN.

3. FFLs may not lawfully sell a firearm to the public without first having the prospective purchaser complete the Firearms Transaction Record (ATF Form 4473)—in which the purchaser answers questions about his or her eligibility to legally purchase or possess firearms under penalty of perjury—and facilitating a background check to verify the purchaser's eligibility. On this same form, Question 11.a. requires the prospective purchaser to certify—under penalty of law—if he or she is "the actual transferee/buyer of the firearm(s) listed on this form," which is a fact material to the lawfulness of the firearm sale. If a person purchases a firearm for someone else but claims that he or she is "the actual transferee/buyer of the listed firearm(s)," the firearm acquisition is called a straw purchase and this conduct is also commonly called lying-and-buying, which is a violation of 18 U.S.C. § 922(a)(6).

4. 18 U.S.C. § 922(a)(1)(A) prohibits a person who is not a licensed importer, licensed manufacturer, or licensed dealer to engage in the business of dealing in firearms. The term "engaged in the business" means — as applied to a dealer in firearms, as defined in section 921(a)(11)(A), a person who devotes time, attention, and labor to dealing in firearms as a regular course of trade or business to predominantly earn a profit through the repetitive purchase and resale of firearms.

5. Texas Penal Code § 46.14, Firearm Smuggling, makes it a felony offense if the person knowingly engages in the business of transporting or transferring a firearm that the person knows was acquired in violation of the laws of any state or of the United States.

For purposes of this subsection, a person is considered to engage in the business of transporting or transferring a firearm if the person engages in that conduct: (1) on more than one occasion; or (2) for profit or any other form of remuneration.

6. 18 U.S.C. § 922(d)(10) makes it a felony crime to knowingly sell a firearm or ammunition to a person the seller knows or has reasonable cause to believe intends to sell or otherwise dispose of the firearm or ammunition in furtherance of a felony, a Federal crime of terrorism, or a drug trafficking offense (as such terms are defined in 18 USCS § 932(a)). For purposes of this section drug trafficking offense (A) has the meaning given that term in section 924(c)(2); and (B) includes a felony punishable under the law of a State for which the conduct constituting the offense would constitute a felony punishable under the Controlled Substances Act (21 U.S.C. 801 et seq.), the Controlled Substances Import and Export Act (21 U.S.C. 951 et seq.), or chapter 705 of title 46;

7. 18 U.S.C. § 922(d)(11) makes it a felony crime to knowingly sell a firearm or ammunition to a person who intends to sell or otherwise dispose of the firearm or ammunition to a prohibited person [as described in §§ 922(d)(1)-(10)].

8. 18 U.S.C. § 922(g)(5)(B) makes it a crime for any person who, being an alien, has been admitted to the United States under a nonimmigration visa to possess in or affecting commerce, any firearm or ammunition; or to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

9. 18 U.S.C. § 922(b)(5) makes it a felony crime for an FFL to willfully sell and deliver a firearm to any person without noting in the defendant's records required to be kept by law pursuant to Title 18, United States Code, Section 923.

10. 18 U.S.C. § 924(k)(1) or (2) makes it a felony crime to, or attempt or conspire to, smuggle or knowingly bring a firearm into or out of the United States with the intent to engage in or promote conduct that is punishable under the Controlled Substances Import and Export Act (21 U.S.C. 951 et seq.), or chapter 705 of title 46 (46 USCS §§ 70501 et seq.) or which constitutes a felony, a Federal crime of terrorism, or constitutes a drug trafficking offense (as such terms are defined in 18 USCS § 932(a)).

11. 18 U.S.C. § 924(c) makes it a felony crime to knowingly carry and use a firearm, during and in relation to or in furtherance of, a crime of violence or drug trafficking crime for which he may be prosecuted in a court of the United States.

## COUNT ONE

> Violation: 18 U.S.C. § 933(a)(1),(3)
> (Trafficking in Firearms;
> Conspiracy)

Beginning on or about November 1, 2023, the exact date being unknown to the United States Grand Jury, and continuing through the date of the filing of this Second Superseding Indictment, in the Eastern District of Texas and elsewhere, defendants

**CHRISTOPHER CARRINGTON**
**JONATHAN PAUL DURNEN**
**BAILEY JAMES SWANSON,**

did knowingly attempt, combine and conspire with each other and others known and unknown to the United States Grand Jury to ship, transport, transfer, cause to be transported, or otherwise dispose of any firearm, in and affecting interstate commerce, firearms, to-wit: Belt fed type rifles, Barrett, .50 caliber rifles, AK and AR type rifles, and

assorted handguns, while knowing or having reasonable cause to believe that that the use, carrying, or possession of the firearm by the recipient would constitute a Federal or State felony (as defined in section 932(a)).

In violation of Title 18, United States Code, Sections 933(a)(1) and (3).

## COUNT TWO

Violation:18 U.S.C. § 922(a)(1)(A) (Engaging in the Business Without a License (Firearms))

Beginning on and around November 1, 2023, and continuing through the date of the filing of this Second Superseding Indictment, in the Eastern District of Texas and elsewhere, the defendants,

**CHRISTOPHER CARRINGTON**
**JONATHAN PAUL DURNEN**
**BAILEY JAMES SWANSON**

not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms, in violation of 18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## COUNT THREE

Violation: 18 U.S.C. §§ 371, 922(a)(1)(A) (Conspiracy to Engage in the Business Without a License (Firearms)))

Beginning on and around November 1, 2023, and continuing through the date of the filing of this Second Superseding Indictment, in the Eastern District of Texas and elsewhere, the defendants,

**CHRISTOPHER CARRINGTON**
**JONATHAN PAUL DURNEN**
**BAILEY JAMES SWANSON**

Did knowingly combine, conspire and agree with each other, while not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, to willfully engage in the business of dealing in firearms, in violation of 18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## B. MANNER AND MEANS OF THE CONSPIRACY

Among the means that the defendants and coconspirators carried out the object of the conspiracy were:

12. The conspirators formulated a plan to sell firearms "off books" knowing or having reasonable cause to believe the recipients intended to resell them for profit and/or smuggle them from the United States;

13. The conspirators identified firearms being highly sought by the Mexican drug cartels;

14. The conspirators advertised, offered and ultimately sold firearms "off-books" to a Cooperating Informant ("CI-1"), having reasonable cause to believe CI-1 was intending to transfer the firearms to the ultimate purchasers residing in Mexico.

## C. OVERT ACTS

In furtherance of the conspiracy and to affect the objects thereof, in the Eastern District of Texas and elsewhere, at least one of the conspirators committed and caused to be committed, at least one of the following overt acts:

15. On or about March 21, 2024, conspirators **CARRINGTON** and his business partner **Jonathan Paul DURNEN** were issued a Federal Firearms Licensee (FFL)- JPC Ballistics (utilizing an LLC); home-based dealer, Licensed Premises located at 1235 Hillcrest Drive, Allen, TX 75002.

16. On or about May 14, 2024, a Cooperating Informant ("CI-1") purchased five (5) firearms from **CARRINGTON and DURNEN** in exchange for $3,750. CI-1 did not complete any paperwork to include ATF Form 4473, Firearms Transaction Record, as the firearms were not listed in the FFL's A&D record.

17. On or about May 14, 2024, **DURNEN** offered to sell Barrett .50 caliber firearms "off-books" knowing the CI-1 was not the true purchaser and intended to transfer the firearms to others.

18. On or about May 29, 2024, CI-1 met with **DURNEN** and **CARRINGTON** to purchase additional firearms. The parties discussed and acknowledged the firearms were to be exported to Mexico.

19. On or about June 13, 2024, CI-1 met with **DURNEN** and **SWANSON** to finalize the purchase of additional firearms. The parties discussed and acknowledged the firearms were to be exported to Mexico.

### <u>COUNT FOUR</u>

<u>Violation</u>: 18 U.S.C. §§ 371, 922(b)(5) (Conspiracy to Commit Failure by Federally Licensed Dealer to Keep Proper Records)

Beginning on and around November 1, 2023, and continuing through the date of the filing of this Second Superseding Indictment, in the Eastern District of Texas and elsewhere, the defendants,

**CHRISTOPHER CARRINGTON**
**JONATHAN PAUL DURNEN**
**BAILEY JAMES SWANSON**

Did knowingly combine, conspire and agree with each other, while being a licensed dealer and manufacturer of firearms, within the meaning of Chapter 44, Title 18, United States Code, to willfully sell and deliver to an unnamed cooperating individual (CI-1) known to the United States Grand Jury, a firearm, that is, Belt fed type rifles, Barrett, .50 caliber rifles, AK and AR type rifles, and assorted handguns, without noting in the defendant's records required to be kept by law pursuant to Title 18, United States Code, Section 923, the name, age or place of residence of said purchaser of the firearms, in violation of Title 18, United States Code, Sections 922(b)(5) and 924(a)(1)(D).

## B. MANNER AND MEANS OF THE CONSPIRACY

Paragraphs 12 through 14 listed above are realleged here and incorporated herein for all purposes.

## C. OVERT ACTS

Paragraphs 15 through 19 listed above are realleged here and incorporated herein for all purposes.

## COUNT 5

Violation: 18 U.S.C. § 924(h)
(Receipt or Transfer of a Firearm
Used to Commit a Felony,
Conspiracy or Attempt)

On or about the 29th day of May, 2024 in the Eastern District of Texas, the defendants, **DURNEN and CARRINGTON** did knowingly transfer a firearm, to wit: Belt fed type rifles, Barrett, .50 caliber rifles, AK and AR type rifles, and assorted handguns knowing or having reasonable cause to believe that the firearm would be used to commit a felony, to wit: any felony listed above in paragraphs 1 through 11, or Federal crime of terrorism, or a drug trafficking crime, or a crime under the Arms Export Control Act (22 U.S.C. 2751 et seq.), the Export Control Reform Act of 2018 (50 U.S.C. 4801 et seq.), the International Emergency Economic Powers Act (50 U.S.C. 1701 et seq.)], or did attempt or conspire to do so, in violation of Title 18, United States Code, Section 924(h).

## COUNT 6

Violation: 18 U.S.C. § 922(d)(10)
(Sale of a Firearm to a Person Who
Intends to Further a Felony, a
Federal Crime of Terrorism or
Drug Trafficking Crime)

On or about the 29th day of May, 2024 in the Eastern District of Texas, the defendants, **DURNEN and CARRINGTON**, knowingly sold a firearm that is, Belt fed type rifles, Barrett, .50 caliber rifles, AK and AR type rifles, and assorted handguns, to an

unnamed cooperating individual (CI-1) known to the United States Grand Jury, knowing and having reasonable cause to believe that CI-1 intended to sell or dispose of a firearm in furtherance of a felony, to wit: any and all felonies listed above in Paragraphs 1 through 11, or a Federal crime of terrorism or drug trafficking offense, (as such terms are defined in 18 USCS § 932(a)), all in violation of Title 18, United States Code, Sections 922(d) and 924(a)(8).

## COUNT 7

Violation: 18 U.S.C. § 922(d)(10) (Sale of a Firearm to a Person Who Intends to Further a Felony, a Federal Crime of Terrorism or Drug Trafficking Crime)

On or about the 13th day of June, 2024 in the Eastern District of Texas, the defendants, **DURNEN, CARRINGTON and SWANSON**, knowingly sold a firearm that is, Belt fed type rifles, Barrett, .50 caliber rifles, AK and AR type rifles, and assorted handguns, to an unnamed cooperating individual (CI-1) known to the United States Grand Jury, knowing and having reasonable cause to believe that CI-1 intended to sell or dispose of a firearm in furtherance of a felony, to wit: any and all felonies listed above in Paragraphs 1 through 11, or a Federal crime of terrorism or drug trafficking offense, (as such terms are defined in 18 USCS § 932(a)), all in violation of Title 18, United States Code, Sections 922(d) and 924(a)(8).

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

Pursuant to 18 U.S.C. § 981(a)(1)(C), 18 U.S.C. § 924(d), 18 U.S.C. § 934, and 28

U.S.C. § 2461.

As the result of committing the offenses alleged in this Second Superseding

Indictment, the defendants shall forfeit to the United States:

a. any firearms and ammunition involved or used in the commission of these offenses;

b. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation; and

c. any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation, including but not limited to:

**CARRINGTON, DURNEN & SWANSON**

1. AERO PRECISION; Model: X15; Caliber: MULTI; Type: RIFLE; S/N: X599037
2. REMINGTON ARMS COMPANY, INC.; Model: 770; Caliber: 270; Type: RIFLE; S/N: 71547603
3. KP-15; Caliber: MULTI; Type: RIFLE; S/N: KM02138
4. CMMG INC.; Model: MK-4; Caliber: MULTI; Type: RIFLE; S/N: SCM-112126
5. ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 21026389
6. SAA-15; Caliber: MULTI; Type: PISTOL; S/N: 0523
7. SAA-15; Caliber: MULTI; Type: PISTOL; S/N: 0538
8. Firearm Parts & Accessories: Other; Qty: 1 EA; Miscellaneous Firearm Parts
9. UNKNOWN; Model: UNKNOWN; Caliber: UNKNOWN; Type: RIFLE; S/N: 5849792
10. Financial Instrument: Physical Currency; $6,255.00 (USD)
11. Electronic Hardware: Other; Qty: 1 EA; Monitor with Keyboard with power cord and Remote USB
12. Electronic Hardware: Computer; Qty: 1 EA; One Lenevo laptop with a charger and external hardrive
13. Electronic Hardware: Computer; Qty: 1 EA; 1 IPad, Black and Grey MODEL A2200, S/N F9FZLDNSMDG4
14. Electronic Hardware: Computer; Qty: 1 EA; Apple Macbook Air with JPC Ballistics cove,r MODEL A1932, S/N C02ZX030LYWH

15. Document; Qty: 5 EA; FROM B LOCATION - 5 BAGS CONTAINING MISC DOCUMENTS
16. Ammunition; Qty: 12 Rounds; Manufacturer: WINCHESTER-WESTERN; Caliber: 45
17. Ammunition; Qty: 10 Rounds; Manufacturer: FEDERAL; Caliber: 12
18. Ammunition; Qty: 5 Rounds; Manufacturer: FIOCCHI; Caliber: 410
19. AMERICAN TACTICAL IMPORTS - ATI; Model: MIL-SPORT; Caliber: 300; Type: PISTOL; S/N: A768360
20. PIONEER ARMS CORPORATION (RADOM, POLAND); Model: SPORTER; Caliber: 762; Type: RIFLE; S/N: PAC24PL20305
21. PIONEER ARMS CORPORATION (RADOM, POLAND); Model: PPS43-C; Caliber: 762; Type: PISTOL; S/N: km2581p
22. PIONEER ARMS CORPORATION (RADOM, POLAND); Model: SPORTER; Caliber: 762; Type: RIFLE; S/N: PAC24PL21816
23. PIONEER ARMS CORPORATION (RADOM, POLAND); Model: SPORTER; Caliber: 762; Type: RIFLE; S/N: PAC24PL20431
24. Pioneer Arms Corp; Model: PM63-C; Caliber: 9; Type: PISTOL; S/N: MO02945P
25. WINCHESTER; Model: 1894; Caliber: 30; Type: RIFLE; S/N: 495972
26. PIONEER ARMS CORPORATION (RADOM, POLAND); Model: PPS43-C; Caliber: 762; Type: PISTOL; S/N: DR00497P
27. PIONEER ARMS CORPORATION (RADOM, POLAND); Model: PPS43-C; Caliber: 762; Type: PISTOL; S/N: BR8107P
28. PIONEER ARMS CORPORATION (RADOM, POLAND); Model: PPS43-C; Caliber: 762; Type: PISTOL; S/N: MA16738P
29. PIONEER ARMS CORPORATION (RADOM, POLAND); Model: PPS43-C; Caliber: 762; Type: PISTOL; S/N: KM4190P
30. PIONEER ARMS CORPORATION (RADOM, POLAND); Model: PPS43-C; Caliber: 762; Type: PISTOL; S/N: DR01128P
31. PIONEER ARMS CORPORATION (RADOM, POLAND); Model: PPS43-C; Caliber: 762; Type: PISTOL; S/N: E5286P
32. PIONEER ARMS CORPORATION (RADOM, POLAND); Model: PPS43-C; Caliber: 762; Type: PISTOL; S/N: AR01315P
33. PIONEER ARMS CORPORATION (RADOM, POLAND); Model: PPS43-C; Caliber: 762; Type: PISTOL; S/N: KM6393P
34. PIONEER ARMS CORPORATION (RADOM, POLAND); Model: PPS43-C; Caliber: 762; Type: PISTOL; S/N: KM06729P
35. PIONEER ARMS CORPORATION (RADOM, POLAND); Model: PPS43-C; Caliber: 762; Type: PISTOL; S/N: BM13681P
36. PIONEER ARMS CORPORATION (RADOM, POLAND); Model: PPS43-C; Caliber: 762; Type: PISTOL; S/N: H48271P
37. AMERICAN TACTICAL; Model: GSG-MP40; Caliber: 22; Type: RIFLE; S/N: A711128

38. WINCHESTER; Model: 94AE LEGACY; Caliber: 30-30; Type: RIFLE; S/N: 1894-1994
39. F.LLI PIETTA, FABRICA D'ARMI; Model: PPS50/22; Caliber: 22; Type: RIFLE; S/N: 1698
40. PIONEER ARMS CORPORATION (RADOM, POLAND); Model: SPORTER; Caliber: 762; Type: RIFLE; S/N: PAC23PL13138
41. AMERICAN TACTICAL IMPORTS - ATI; Model: GALEO; Caliber: 556; Type: PISTOL; S/N: GAT000016
42. Ruger; Model: 10/22 Carbine; Caliber: 22; Type: RIFLE; S/N: 252-41767
43. MARLIN FIREARMS CO.; Model: 336; Caliber: 30-30; Type: RIFLE; S/N: 18071456
44. AERO PRECISION; Model: X15; Caliber: MULTI; Type: RIFLE; S/N: X599038
45. NORINCO CHINA KSI POMONA, CA; Model: MAK90; Caliber: 556; Type: RIFLE; S/N: 317457
46. ZASTAVA; Model: N-PAP M77 PS; Caliber: 308; Type: RIFLE; S/N: Z77-007225
47. Ohio Ordinance; Model: 1918A3; Caliber: 30; Type: RIFLE; S/N: 1979
48. MARLIN FIREARMS CO.; Model: 1894; Caliber: 480; Type: RIFLE; S/N: 20063095
49. RUGER; Model: 10/22; Caliber: 22; Type: RIFLE; S/N: 114-34701
50. WINCHESTER; Model: CANADIAN CENT 67; Caliber: 30-30; Type: RIFLE; S/N: 6671
51. NORINCO (NORTH CHINA INDUSTRIES); Model: MAK90 SPORTER; Caliber: 762; Type: RIFLE; S/N: 9436721
52. Unknown; Model: 98; Caliber: UNKNOWN; Type: RIFLE; S/N: 3618
53. CENTURY ARMS INTERNATIONAL; Model: M64; Caliber: 762; Type: RIFLE; S/N: M64-000421
54. Unknown; Model: M31; Caliber: 9; Type: RIFLE; S/N: Y000882
55. POLY TECHNOLOGIES KFS ATLANTA GA MADE IN CHINA; Model: AK47S; Caliber: 762; Type: RIFLE; S/N: DF-00487
56. STERLING; Model: SMG; Caliber: UNKNOWN; Type: RIFLE; S/N: XLA29-C00948
57. AUTO ORDNANCE CORD; Model: UNKNOWN; Caliber: UNKNOWN; Type: RIFLE; S/N: KW250
58. Ammunition; Qty: 20 Rounds; Manufacturer: UNKNOWN; Caliber: UNKNOWN
59. INTRATEC; Model: MATEL TECH 9; Caliber: 9; Type: PISTOL; S/N: 00073
60. AERO PRECISION; Model: X15; Caliber: MULTI; Type: RIFLE; S/N: X599033
61. TAURUS; Model: THE JUDGE; Caliber: 45; Type: REVOLVER; S/N: EU472571

62. IZHMASH (IMEZ); Model: SAIGA; Caliber: 12; Type: SHOTGUN; S/N: H11415121
63. TAURUS; Model: THE JUDGE; Caliber: 45/410; Type: REVOLVER; S/N: HR918420
64. TAURUS; Model: THE JUDGE; Caliber: 45/410; Type: REVOLVER; S/N: MC554387
65. GLOCK GMBH; Model: 37; Caliber: 45; Type: PISTOL; S/N: KTD015
66. AMERICAN TACTICAL IMPORTS - ATI; Model: FXH-45; Caliber: 45; Type: PISTOL; S/N: ML114516
67. MOSSBERG; Model: INTERNATIONAL; Caliber: 22; Type: PISTOL; S/N: EMJ3943755
68. ISRAEL WEAPON IND- IWI (ISRAEL MILITARY IND- IMI); Model: DESERT EAGLE; Caliber: 50; Type: PISTOL; S/N: 37205476
69. KH; Model: USP; Caliber: 45; Type: PISTOL; S/N: 25-134013
70. Firearm Parts & Accessories: Other; Qty: 1 EA; FIREARM PARTS 1919 BARRELS
71. Other; Qty: 1 EA.; Keys
72. Firearm Parts & Accessories: Other; Qty: 1 EA; FIREARM PARTS IN ONE BLACK GUN CASE
73. Unknown Manufacturer; Model: -- ;Caliber: -- ;Type: SILENCER (NFA); S/N: None
74. Unknown Manufacturer; Model: -- ;Caliber: -- ;Type: SILENCER (NFA); S/N: None
75. Unknown Manufacturer; Model: -- ;Caliber: -- ;Type: SILENCER (NFA); S/N: None
76. Unknown Manufacturer; Model: -- ;Caliber: 556; Type: RIFLE; S/N: None
77. Unknown Manufacturer; Model: -- ;Caliber: 556; Type: RIFLE; S/N: None
78. Unknown Manufacturer; Model: -- ;Caliber: 762; Type: RIFLE; S/N: D35392-2-RIA
79. Unknown Manufacturer; Model: UNKNOWN; Caliber: UNKNOWN; Type: MACHINE GUN (NFA); S/N: None
80. UNKNOWN; Model: M34; Caliber: UNKNOWN; Type: MACHINE GUN (NFA); S/N: 3771
81. PIONEER ARMS CORPORATION (RADOM, POLAND); Model: PPS43-C; Caliber: 9; Type: PISTOL; S/N: C5413P
82. Ammunition; Qty: 34 Rounds; Manufacturer: ASSORTED; Caliber: 9
83. PIONEER ARMS CORPORATION (RADOM, POLAND); Model: SPORTER; Caliber: 762; Type: RIFLE; S/N: PAC24PL20067
84. PIONEER ARMS CORPORATION (RADOM, POLAND); Model: SPORTER; Caliber: 762; Type: RIFLE; S/N: PAC24PL21783
85. PIONEER ARMS CORPORATION (RADOM, POLAND); Model: SPORTER; Caliber: 762; Type: RIFLE; S/N: PAC23PL16631

86. PIONEER ARMS CORPORATION (RADOM, POLAND); Model: SPORTER; Caliber: 762; Type: RIFLE; S/N: PAC23PL16834
87. PIONEER ARMS CORPORATION (RADOM, POLAND); Model: SPORTER; Caliber: 762; Type: RIFLE; S/N: PAC24PL21795
88. PIONEER ARMS CORPORATION (RADOM, POLAND); Model: SPORTER; Caliber: 762; Type: RIFLE; S/N: PAC24PL21745
89. PIONEER ARMS CORPORATION (RADOM, POLAND); Model: SPORTER; Caliber: 762; Type: RIFLE; S/N: PAC24PL19970
90. PIONEER ARMS CORPORATION (RADOM, POLAND); Model: SPORTER; Caliber: 762; Type: RIFLE; S/N: PAC24PL21790
91. PIONEER ARMS CORPORATION (RADOM, POLAND); Model: SPORTER; Caliber: 762; Type: RIFLE; S/N: PAC24PL21732
92. PIONEER ARMS CORPORATION (RADOM, POLAND); Model: SPORTER; Caliber: 762; Type: RIFLE; S/N: PAC24PL20079
93. PIONEER ARMS CORPORATION (RADOM, POLAND); Model: SPORTER; Caliber: 762; Type: RIFLE; S/N: PAC23PL15555
94. PIONEER ARMS CORPORATION (RADOM, POLAND); Model: SPORTER; Caliber: 762; Type: RIFLE; S/N: PAC24PL20366
95. PIONEER ARMS CORPORATION (RADOM, POLAND); Model: SPORTER; Caliber: 762; Type: RIFLE; S/N: PAC24PL22139
96. PIONEER ARMS CORPORATION (RADOM, POLAND); Model: SPORTER; Caliber: 762; Type: RIFLE; S/N: PAC24PL21735
97. PIONEER ARMS CORPORATION (RADOM, POLAND); Model: SPORTER; Caliber: 762; Type: RIFLE; S/N: PAC24PL19952
98. SMITH & WESSON; Model: 629 CLASSIC; Caliber: 44; Type: REVOLVER; S/N: DXY1655
99. COLT; Model: COLT .357; Caliber: 357; Type: REVOLVER; S/N: 8263
100. BERETTA USA CORP; Model: 92F; Caliber: 9; Type: PISTOL; S/N: BER788117
101. Walther Arms; Model: CIP N; Caliber: 9; Type: PISTOL; S/N: FDK2503
102. WALTHER; Model: CCP; Caliber: 9; Type: PISTOL; S/N: WK117057
103. unknown; Caliber: UNKNOWN; Type: RIFLE; S/N: A01625
104. SIG SAUER (SIG-ARMS); Model: P320; Caliber: 9; Type: PISTOL; S/N: M17A017315
105. NORINCO (NORTH CHINA INDUSTRIES); Model: SKSS; Caliber: 762; Type: RIFLE; S/N: 16419
106. Century Arms; Model: Paratrooper; Caliber: 762; Type: RIFLE; S/N: PT-002663
107. WINCHESTER; Model: 94 CHEROKEE; Caliber: 30-30; Type: RIFLE; S/N: 1851729
108. Unknown Manufacturer; Model: -- ;Caliber: -- ;Type: SILENCER (NFA); S/N: None
109. WALTHER; Model: PPQ Q4 SF; Caliber: 9; Type: PISTOL; S/N: FCZ1268

110. ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 22065825
111. unknown; Caliber: MULTI; Type: RIFLE; S/N: ST554827
112. LWRC (LEITNER WISE RIFLE CO. INC.); Model: M6; Caliber: 68; Type: MACHINE GUN (NFA); S/N: 04-00235
113. Spanish Mauser; Caliber: UNKNOWN; Type: RIFLE; S/N: V705
114. HIPOINT; Model: CF380; Caliber: 380; Type: PISTOL; S/N: P 8152896
115. Smith and Wesson; Model: unknown; Caliber: 38; Type: REVOLVER; S/N: 445699
116. KE ARMS; Model: KP-15UNKNOWN; Caliber: MULTI; Type: RIFLE; S/N: KM00852
117. BUSHMASTER FIREARMS; Model: XM15-E2S; Caliber: MULTI; Type: RIFLE; S/N: BK5604562
118. Taran Tactical International; Model: Sand Viper; Caliber: UNKNOWN; Type: PISTOL; S/N: TTI99560PV
119. HIPOINT; Model: C9; Caliber: 9; Type: PISTOL; S/N: P10026368
120. BUSHMASTER FIREARMS; Model: CARBON 15; Caliber: 223; Type: RIFLE; S/N: RB064273
121. SHADOW SYSTEMS, LLC; Model: DR920; Caliber: 9; Type: PISTOL; S/N: SSX059853
122. UNKNOWN; Model: UNKNOWN; Caliber: 762; Type: RIFLE; S/N: CM 19137
123. PF320; Caliber: UNKNOWN; Type: Pistol; S/N: 58A164971
124. SPRINGFIELD ARMORY,GENESEO,IL; Model: 1911A1; Caliber: 9; Type: PISTOL; S/N: NM558311
125. AERO PRECISION; Model: M5; Caliber: -- ;Type: RECEIVER/FRAME; S/N: US351033
126. AERO PRECISION; Model: M5; Caliber: -- ;Type: RECEIVER/FRAME; S/N: US353416
127. AERO PRECISION; Model: M5; Caliber: -- ;Type: RECEIVER/FRAME; S/N: US329654
128. AERO PRECISION; Model: M5; Caliber: -- ;Type: RECEIVER/FRAME; S/N: US351035
129. AERO PRECISION; Model: M5; Caliber: -- ;Type: RECEIVER/FRAME; S/N: US353425
130. AERO PRECISION; Model: M5; Caliber: -- ;Type: RECEIVER/FRAME; S/N: US351040
131. AERO PRECISION; Model: M5; Caliber: -- ;Type: RECEIVER/FRAME; S/N: US351048
132. SAVAGE; Model: 817; Caliber: 17; Type: RIFLE; S/N: 3163366
133. TSG Group LLC; Model: TS-10; Caliber: MULTI; Type: RECEIVER/FRAME; S/N: TS100255

134. AERO PRECISION; Model: X15; Caliber: MULTI; Type: PISTOL; S/N: X599045
135. PIONEER ARMS CORPORATION (RADOM, POLAND); Model: PPS43-C; Caliber: 762; Type: PISTOL; S/N: BM10195P
136. Unknown Manufacturer; Model: -- ;Caliber: UNKNOWN; Type: RIFLE; S/N: None
137. AERO PRECISION; Model: X15; Caliber: MULTI; Type: RIFLE; S/N: X599026
138. Unknown Manufacturer; Model: -- ;Caliber: UNKNOWN; Type: RECEIVER/FRAME; S/N: None
139. JPC BALLISTICS; Model: X15; Caliber: MULTI; Type: RECEIVER/FRAME; S/N: 00001
140. AERO PRECISION; Model: X15; Caliber: MULTI; Type: RIFLE; S/N: X599005
141. Unknown Manufacturer; Model: -- ;Caliber: UNKNOWN; Type: RECEIVER/FRAME; S/N: None
142. NORINCO (NORTH CHINA INDUSTRIES); Model: MAK90; Caliber: 762; Type: RIFLE; S/N: 52962
143. CENTURY ARMS INTERNATIONAL; Model: VSKA; Caliber: 762; Type: RIFLE; S/N: SV7057867
144. ARMALITE; Model: AR180B; Caliber: 556; Type: RIFLE; S/N: US203115
145. Unknown Manufacturer; Model: -- ;Caliber: -- ;Type: RECEIVER/FRAME; S/N: None
146. MASTERPIECE ARMS; Model: DEFENDER; Caliber: 9; Type: PISTOL; S/N: FX25829
147. AERO PRECISION; Model: X15; Caliber: MULTI; Type: PISTOL; S/N: X599020
148. ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 22049858
149. unknown; Model: unknown; Caliber: 762; Type: Rifle; S/N: E-105943
150. SAVAGE; Model: AXIS; Caliber: 22-250; Type: RIFLE; S/N: J742915
151. WAFFEN WERKS KNOXVILLE, TN; Model: AK-74; Caliber: 545; Type: RECEIVER/FRAME; S/N: 10785
152. GLOCK GMBH; Model: 19; Caliber: 9; Type: PISTOL; S/N: BBEN082
153. HECKLER AND KOCH; Model: USP45; Caliber: 45; Type: PISTOL; S/N: 25-161347
154. SPRINGFIELD ARMORY,GENESEO,IL; Model: 1911A1; Caliber: 45; Type: PISTOL; S/N: N535734
155. STEYR; Model: C9-A2; Caliber: 9; Type: PISTOL; S/N: 3222871
156. UTAS (ULUSLARARASI TICARET ANONIM SIRKETI); Model: XTR-12; Caliber: 12; Type: SHOTGUN; S/N: XTR03296
157. AERO PRECISION; Model: X15; Caliber: MULTI; Type: RIFLE; S/N: X599049

158. RADICAL FIREARMS, LLC; Model: RF-15; Caliber: MULTI; Type: RIFLE; S/N: 2-104649
159. XDM-45 ACP; Caliber: 45; Type: PISTOL; S/N: MG670342
160. AERO PRECISION; Model: X15; Caliber: MULTI; Type: RIFLE; S/N: X599040
161. HUNGARY; Model: M95; Caliber: 8; Type: RIFLE; S/N: M953404544
162. XDs; Caliber: 45; Type: PISTOL; S/N: S4129631
163. SIG-SAUER; Model: P226S; Caliber: 9; Type: PISTOL; S/N: U490053
164. M&P; Caliber: 40; Type: PISTOL; S/N: MPB3847
165. NORINCO (NORTH CHINA INDUSTRIES); Model: SKS; Caliber: 762; Type: RIFLE; S/N: 11599126
166. PIONEER ARMS CORP; Model: PM63C; Caliber: 9; Type: PISTOL; S/N: ZK4367P
167. PIONEER ARMS CORP; Model: PM63C; Caliber: 9; Type: PISTOL; S/N: MO07648P
168. PIONEER ARMS CORP; Model: PM63C; Caliber: 9; Type: PISTOL; S/N: MO03063P
169. PIONEER ARMS CORP; Model: PM63C; Caliber: 9; Type: PISTOL; S/N: WR5542P
170. PIONEER ARMS CORP; Model: PM63C; Caliber: 9; Type: PISTOL; S/N: TM03350P
171. Pioneer Arms; Model: PM-63C; Caliber: 9; Type: PISTOL; S/N: AM11344P
172. Pioneer Arms; Model: PM-63C; Caliber: 9; Type: PISTOL; S/N: GG3495P
173. Pioneer Arms; Model: PM-63C; Caliber: 9; Type: PISTOL; S/N: TM06384P
174. Pioneer Arms; Model: PM-63C; Caliber: 9; Type: PISTOL; S/N: TM00937P
175. Pioneer Arms; Model: PM-63C; Caliber: 9; Type: PISTOL; S/N: TM03468P
176. Pioneer Arms; Model: PM-63C; Caliber: 9; Type: PISTOL; S/N: DT3982P
177. Ammunition; Qty: 5 Rounds; Manufacturer: UNKNOWN; Caliber: 410
178. Ammunition; Qty: 1600 Rounds; Manufacturer: UNKNOWN; Caliber: multi
179. Firearm Parts & Accessories: Other; Qty: 10 EA; BARRELS
180. Other; Qty: 1 EA.; Business Debit Card, #5190 9890 0021 1576 EXP 4/27 For JPC Ballistics LLC Christopher Carrington
181. Firearm Parts & Accessories: Other; Qty: 14 EA; ASSORTED FIREARM PARTS
182. Firearm Parts & Accessories: Other; Qty: 10 EA; B-7 AND B-8 - FLASH SUPPRESSORS AND GRIPS
183. Unknown Manufacturer; Model: UNKNOWN; Caliber: UNKNOWN; Type: SILENCER (NFA); S/N: None
184. Other; Qty: 21 EA.; BAMBU FILAMENT REUSABLE SPOOLS
185. Financial Instrument: Physical Currency; $5,000.00 (USD); Cash converted to a cashiers check in the amount of $5,000.00
186. Other; Qty: 1 EA.; 1 Wen Milling Machine
187. Other; Qty: 1 EA.; Titanium Mig Welder

188. Other; Qty: 1 EA.; Vevor Variable Speed Minilathe S/N MX-8716G
189. Other; Qty: 1 EA.; AFF super duty hydraulic shop press S/N 850ASD
190. Other; Qty: 14 EA.; Qty: 14 EA.; BAMBU FILAMENT REUSABLE SPOOLS
191. Other; Qty: 1 EA.; Central Pneumatic floor blast cabinet
192. Other; Qty: 1 EA.; OM Tech Laser Engraver
193. Firearm Parts & Accessories: Other; Qty: 1 EA; Bin containing miscellaneous firearm magazines, firearm grips, and other firearm parts and accessories.
194. Firearm Manufacturing Equipment: 3D Printer; Qty: 1 EA; Bambu Lab 3D printer, MOD P15 with spool holder
195. Other; Qty: 1 EA.; 3 - Easy Jig Routers and parts in brown box
196. Firearm Manufacturing Equipment: 3D Printer; Qty: 1 EA; Bambu Lab 3D printer, MOD P15 with spool holder
197. Other; Qty: 1 EA.; Angcabic 3d printer
198. Firearm Parts & Accessories: Other; Qty: 209 EA; 114 - AR-15 80% LOWERS
199. Other; Qty: 4 EA.; 4 steel boring and milling blocks.
200. Firearm Parts & Accessories: Other; Qty: 1 EA; ONE BIN CONTAINING ASSORTED FIREARM PARTS AND ACCESSORIES
201. Firearm Parts & Accessories: Other; Qty: 1 EA; 1 bin full parts and accessories. multiple parts from Location H
202. Other; Qty: 1 EA.; Green Bin containing aluminum billets.
203. CENTURY ARMS INTERNATIONAL; Model: VSKA; Caliber: 762; Type: RIFLE; S/N: SV7109153

A TRUE BILL

_SD_
GRAND JURY FOREPERSON


JAY R. COMBS
UNITED STATES ATTORNEY

MATTHEW T. JOHNSON
Assistant United States Attorney

Date: 5/13/26

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:24-CR-213 |
| | § | Judge Mazzant |
| | § | |
| CHRISTOPHER CARRINGTON (1) | § | |
| JONATHAN PAUL DURNEN (2) | § | |
| BAILEY JAMES SWANSON (3) | § | |
| | § | |

## **NOTICE OF PENALTY**

### **Counts One, Five, Six and Seven**

Violation:          18 U.S.C. §§ 933(a)(1), 924(h), & 922(d)(10)

Penalty:           Imprisonment of not more than fifteen years, a fine not to
                        exceed $250,000, or both; a term of supervised release of not
                        more than three years.

Special Assessment: $ 100.00

### **Counts Two, Three and Four**

Violation:          18 U.S.C. §§ 371, 922(a)(1)(A) & 922(b)(5)

Penalty:           Imprisonment of not more than five years, a fine not to
                        exceed $250,000, or both; a term of supervised release of not
                        more than three years.

Special Assessment: $ 100.00